U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN - 5 2015

TONY R. MO____ _____RK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| RANDY L. HALL | CIVIL ACTION NO. 12-392-P |
| VERSUS | JUDGE WALTER |
| TRACY ELLERBE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS RECOMMENDED** that Plaintiff's civil rights complaint seeking monetary compensation for his allegedly unconstitutional disciplinary board conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met and that Plaintiff's retaliation claims be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) .

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ⌒ day of _____ 2015.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**